IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE CLAYBROOK, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CORDIS CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 17-1323 CW<br><br>SUA SPONTE ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward M. Chen for consideration of whether the case is related to Dunson v. Cordis Corporation, No. 3:16-cv-3076-EMC.

IT IS SO ORDERED.

Dated: March 28, 2017

CLAUDIA WILKEN
United States District Judge